STEPHANIE M. HINDS (CABN 154284)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DHIRENDRA PRASAD,<br><br>　　　　Defendant. | CASE NO. CR 22-00123-BLF (SVK)<br><br>VIOLATIONS:<br>18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud and Mail Fraud<br>18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering<br>18 U.S.C. § 371 – Conspiracy to Defraud the United States<br>26 U.S.C. § 7201 – Tax Evasion<br>18 U.S.C. §§ 982(a)(1) and (b)(1) – Forfeiture Allegation<br>18 U.S.C. §§ 982(a)(1) and (a)(1) – Forfeiture Allegation<br><br>San Jose Venue |

# INFORMATION

The United States Attorney charges:

COUNT ONE:  (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud and Mail Fraud)

　　1.　　Beginning on an unknown date but no later than in or about April 2013, and continuing through in or about January 2019, in the Northern District of California and elsewhere, the defendant,

DHIRENDRA PRASAD

and DON M. BAKER, did knowingly conspire to devise and intend to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omissions and concealment of material facts

INFORMATION　　　　　　　　　　　　　　　1

and, for the purpose of executing such scheme or artifice and attempting to do so, did: a) transmit, and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343; and b) cause matter to be delivered by the United States Postal Service and private and commercial interstate carriers, in violation of Title 18, United States Code, Section 1341.

All in violation of Title 18, United States Code, Section 1349.

COUNT TWO:  (18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering)

2. Beginning on an unknown date but no later than in or about April 2013, and continuing through in or about January 2019, in the Northern District of California and elsewhere, the defendant,

DHIRENDRA PRASAD,

and DON M. BAKER, did knowingly combine, conspire, and agree to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud and mail fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

COUNT THREE:  (18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering)

3. Beginning on an unknown date but no later than in or about January 2013, and continuing through in or about March 2019, in the Northern District of California and elsewhere, the defendant,

DHIRENDRA PRASAD,

and ROBERT GARY HANSEN, did knowingly combine, conspire, and agree to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud and mail fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while

conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

COUNT FOUR: (18 U.S.C. § 371 – Conspiracy to Defraud the United States)

4. Beginning on or about January 1, 2015, and continuing through on or about November 5, 2018, in the Northern District of California and elsewhere, the defendant,

DHIRENDRA PRASAD,

and DON M. BAKER, did unlawfully, voluntarily, and willfully conspire to defraud the United States government through dishonest and deceitful means, to wit: the Department of the Treasury, Internal Revenue Service, in the ascertainment, assessment, computation, and collection of revenue, particularly individual federal income taxes due and owing by DON M. BAKER for the tax years 2015 through and including 2017.

All in violation of Title 18, United States Code, Section 371.

COUNT FIVE: (26 U.S.C. § 7201 – Tax Evasion – 2017)

5. On or about August 29, 2018, in the Northern District of California, and elsewhere, the defendant,

DHIRENDRA PRASAD,

a resident of Mountain House, California, did willfully and knowingly attempt to evade and defeat a substantial part of the income tax due and owing by him to the United States of America for the calendar year 2017, by preparing and causing to be prepared, signing and causing to be signed, and filing and causing to be filed with the Internal Revenue Service a false and fraudulent United States Individual Income Tax Return, Form 1040, in the name of the defendant, for tax year 2017, which was submitted to the Internal Revenue Service. On that tax return, defendant reported and caused to be reported that his income for the calendar year 2017 was $1,215,000, and claimed a tax refund of $38,959. In fact, as defendant knew and believed, defendant had taxable income for 2017 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was substantial additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

FORFEITURE ALLEGATION: (18 U.S.C. §§ 981(a)(1)(C), 982(b)(1) & 28 U.S.C. § 2461(c))

6. Upon conviction of the offense alleged in Count One of this Information, the defendant,

DHIRENDRA PRASAD,

shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) all property, real or personal, constituting, or derived from, proceeds the defendant obtained directly and indirectly, as the result of those violations, including, but not limited to, the following:

a. The real property located at 577 S. Tradition Street, Mountain House, CA; APN 254-160-340;

b. The real property located at 135 E Kavanagh Avenue, Tracy, CA; APN 214-400-370;

c. The real property located at 332 R Street, Merced, CA; 032-261-018; APN: 032-261-018;

d. Approximately $510,195 representing the proceeds of the sale of the real property located at 4452 Cotton Court, Apartments 1-12, Stockton, CA; APN:104-260-060 on or about December 9, 2021;

e. The real property located at 1185 Palomar Drive, Tracy, CA; APN 238-110-080;

f. Approximately $36,399.68 seized from LPL Financial account 1916-6482 held in the name of "The PRASAD-Smith Living Trust DTD 10/22/2010" on or about September 22, 2021;

g. Approximately $322,834.53 seized from LPL Financial account 1191-9368 held in the name of "The PRASAD-Smith Living Trust DTD 10/22/2010" on or about September 22, 2021;

h. Approximately $631,041.59 seized from LPL Financial account 3452-2348 held in the name of "Dhirendra PRASAD 401K Plan & Trust DTD 11/10/16" on or about September 22, 2021;

i. Approximately $195,662.79 seized from LPL Financial account 4658-1251 held in the name of "The PRASAD-Smith Living Trust DTD 10/22/2010" on or about

|   |   |   |
|---|---|---|
|   |   | September 22, 2021; |
|   | j. | Approximately $1,268,508.34 seized from LPL Financial account 8018-0595 held in the name of "Dhirendra PRASAD Pension Plan" on or about September 22, 2021; |
|   | k. | Approximately $604,551.78 seized from LPL Financial account 7911-3030 held in the name of "Dhirendra PRASAD Defined Benefit Pension Plan" on or about September 22, 2021; |
|   | l. | Approximately $149,103.01 seized from LPL Financial account 7912-2543 held in the name of "Dhirendra PRASAD 401K Plan & Trust DTD 11-10-16 FBO Sherry L. Smith" on or about September 22, 2021; |
|   | m. | Approximately $209,852.69 seized from Jackson National Life Insurance Company in annuity number 1022081175 held in the name of "Dhirendra PRASAD Pension Plan" on or about September 22, 2021; |
|   | n. | Approximately $118,908.21 seized from Jackson National Life Insurance Company in annuity account number 1020906533 held in the name of "The PRASAD-Smith Living Trust DTD 10/22/2010" on or about September 22, 2021; |
|   | o. | Approximately $106,936.39 seized from American Funds College America VA 529 account number 04000677405 held in the name of "Dhirendra PRASAD" for the benefit of "Rachel S. Prasad" on or about September 22, 2021; |
|   | p. | Approximately $107,507.48 seized from American Funds College America VA 529 account number 04000676880 held in the name of "Dhirendra PRASAD" for the benefit of "Aidan C. Prasad" on or about September 22, 2021; and |
|   | q. | Approximately $30,217.72 seized from Voya Retirement Insurance and Annuity Company IRA account number R079657-ZS held in the name of "Dhirendra PRASAD" for the benefit of Sherry Smith, Rachel Prasad, and Aidan Prasad on or about September 22, 2021; and |
|   | r. | Money Judgment: a sum of money equal to the total gross proceeds obtained by defendant as a result of the offenses. |

1  If any of the property described above, as a result of any act or omission of the defendants:

2   a. cannot be located upon the exercise of due diligence;

3   b. has been transferred, or sold to, or deposited with, a third party;

4   c. has been placed beyond the jurisdiction of the court;

5   d. has been substantially diminished in value; or

6   e. has been commingled with other property that cannot be divided without

7   difficulty,

8 any and all interest the defendants have in other property shall be vested in the United States and

9 forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated

10 by Title 18, United States Code, Section 982(b)(1).

11  All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code,

12 Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

13 <u>FORFEITURE ALLEGATION</u>: (18 U.S.C. §§ 982(a)(1)(A), 982(a)(1) and 28 U.S.C. § 2461(c))

14  7. Upon conviction of the offense alleged in Count Two or Count Three of this Information,

15 the defendant,

16  DHIRENDRA PRASAD,

17 shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(1)(A) and

18 982(a)(1) and Title 28, United States Code, Section 2461(c), any property, real or personal, involved in

19 such offense, and any property traceable to such property, including, but not limited to, the following:

20   a. The real property located at 577 S. Tradition Street, Mountain House, CA; APN

21    254-160-340;

22   b. The real property located at 135 E Kavanagh Avenue, Tracy, CA; APN 214-400-

23    370;

24   c. The real property located at 332 R Street, Merced, CA; 032-261-018; APN: 032-

25    261-018;

26   d. Approximately $510,195 representing the proceeds of the sale of the real property

27    located at 4452 Cotton Court, Apartments 1-12, Stockton, CA; APN:104-260-060

28    on or about December 9, 2021;

INFORMATION    6

|   |    |   |
|---|----|---|
| 1 | e. | The real property located at 1185 Palomar Drive, Tracy, CA; APN 238-110-080; |
| 2 | f. | Approximately $36,399.68 seized from LPL Financial account 1916-6482 held in the name of "The PRASAD-Smith Living Trust DTD 10/22/2010" on or about September 22, 2021; |
| 5 | g. | Approximately $322,834.53 seized from LPL Financial account 1191-9368 held in the name of "The PRASAD-Smith Living Trust DTD 10/22/2010" on or about September 22, 2021; |
| 8 | h. | Approximately $631,041.59 seized from LPL Financial account 3452-2348 held in the name of "Dhirendra PRASAD 401K Plan & Trust DTD 11/10/16" on or about September 22, 2021; |
| 11 | i. | Approximately $195,662.79 seized from LPL Financial account 4658-1251 held in the name of "The PRASAD-Smith Living Trust DTD 10/22/2010" on or about September 22, 2021; |
| 14 | j. | Approximately $1,268,508.34 seized from LPL Financial account 8018-0595 held in the name of "Dhirendra PRASAD Pension Plan" on or about September 22, 2021; |
| 17 | k. | Approximately $604,551.78 seized from LPL Financial account 7911-3030 held in the name of "Dhirendra PRASAD Defined Benefit Pension Plan" on or about September 22, 2021; |
| 20 | l. | Approximately $149,103.01 seized from LPL Financial account 7912-2543 held in the name of "Dhirendra PRASAD 401K Plan & Trust DTD 11-10-16 FBO Sherry L. Smith" on or about September 22, 2021; |
| 23 | m. | Approximately $209,852.69 seized from Jackson National Life Insurance Company in annuity number 1022081175 held in the name of "Dhirendra PRASAD Pension Plan" on or about September 22, 2021; |
| 26 | n. | Approximately $118,908.21 seized from Jackson National Life Insurance Company in annuity account number 1020906533 held in the name of "The PRASAD-Smith Living Trust DTD 10/22/2010" on or about September 22, 2021; |

      o.    Approximately $106,936.39 seized from American Funds College America VA 529 account number 04000677405 held in the name of "Dhirendra PRASAD" for the benefit of "Rachel S. Prasad" on or about September 22, 2021;

      p.    Approximately $107,507.48 seized from American Funds College America VA 529 account number 04000676880 held in the name of "Dhirendra PRASAD" for the benefit of "Aidan C. Prasad" on or about September 22, 2021; and

      q.    Approximately $30,217.72 seized from Voya Retirement Insurance and Annuity Company IRA account number R079657-ZS held in the name of "Dhirendra PRASAD" for the benefit of Sherry Smith, Rachel Prasad, and Aidan Prasad on or about September 22, 2021; and

      r.    Money Judgment: a sum of money equal to the total value of the property involved in the offenses.

If any of the property described above, as a result of any act or omission of the defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred, or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 982(a)(1), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: March 17, 2022

STEPHANIE M. HINDS
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud and Mail Fraud;
COUNTS TWO & THREE: 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering;
COUNT FOUR: 18 U.S.C. § 371 – Conspiracy to Defraud the United States;
COUNT FIVE: 26 U.S.C. § 7201 – Tax Evasion:

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

PENALTY:
Count 1: 20 years prison, $250,000 fine, 3 years supervised release, restitution, forfeiture, $100 per count special assessment
Counts 2 & 3: 20 years prison, $500,000 fine, 3 years supervised release, restitution, forfeiture, $100 per count special assessment
Count 4: 5 years prison, $250,000 fine, 3 years supervised release, restitution, $100 per count special assessment

## DEFENDANT - U.S

▶ DHIRENDRA PRASAD

**DISTRICT COURT NUMBER**

CR 22-00123-BLF (SVK)

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Internal Revenue Service (IRS)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Michael G. Pitman

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: March 24th – 2:00 PM    Before Judge: SVK

Comments: