| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | MICHAEL G. PITMAN (DCBN 484164)<br>Assistant United States Attorney |
| 5 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 6 | Telephone:     (408) 535-5040<br>Facsimile:     (408) 535-5081 |
| 7 | Email: michael.pitman@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: 5:21-CR-00400-BLF |
|---|---|---|
| Plaintiff, | ) | Date Filed: 10/15/2021 |
| v. | ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| ROBERT GARY HANSEN, | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | Case No. 5:21-CR-00454-EJD |
|---|---|---|
| Plaintiff, | ) | Date Filed: 11/16/2021 |
| v. | ) | |
| DON M. BAKER, | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | Case No. 5:22-CR-00123-BLF |
|---|---|---|
| Plaintiff, | ) | Date Filed: 3/18/2022 |
| v. | ) | |
| DHIRENDRA PRASAD, | ) | |
| Defendant. | ) | |

NOTICE OF RELATED CASE                                                1

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the three above-captioned criminal cases are related.

The Information in *United States v. Robert Gary Hansen*, Case No. 5:21-CR-00400-BLF, was filed on October 15, 2021, and the case was assigned to the Honorable Beth Labson Freeman. The Information in *United States v. Don M. Baker*, Case No. 5:21-cr-00454-EJD, was filed on November 16, 2021, and the case was originally assigned to the Honorable Lucy H. Koh, and subsequently reassigned to the Honorable Edward J. Davila. The government filed a Notice of Related Case with respect to these two cases on November 18, 2021, and the Court determined that the cases were not related in an Order dated November 23, 2021.

The Information in *United States v. Dhirendra Prasad*, Case No. 5:22-CR-00123-BLF, was filed on March 18, 2022, and the case was assigned to Judge Freeman. This case is related to both *United States v. Robert Gary Hansen*, Case No. 5:21-CR-00400-BLF and *United States v. Don M. Baker*, Case No. 5:21-cr-00454-EJD. Mr. Prasad was employed by Apple, Inc., from December of 2008 through December of 2018. For most of that period, Mr. Prasad was a "buyer" in Apple's Global Service Supply Chain. As an Apple buyer, Mr. Prasad received internal orders from Apple, requested quotes for the required parts and services from vendors, reviewed the quotes, negotiated terms, selected vendors, and placed Purchase Orders using Apple's purchasing system. Apple then paid vendors based on the invoice amounts Mr. Prasad entered into the system. The government expects that the evidence at trial will establish that Mr. Prasad used his position of trust at Apple to engage in multiple different schemes to defraud Apple, including taking kickbacks, stealing parts using false repair orders, and causing Apple to pay for items and services it never received resulting in a loss of more than $10,000,000, and also that Mr. Prasad evaded tax on the proceeds of his schemes, which he also laundered. Mr. Baker and Mr. Hansen both owned vendor companies that did business with Apple, and they both conspired with Mr. Prasad to execute similar, although separate, fraud schemes targeting Apple.

As a result, all three cases are related within the meaning of Local Rule 8-1(b)(2) because all three actions appear likely to entail substantial duplication of labor if heard by different Judges, and might create conflicts and unnecessary expense if conducted before different Judges, especially with respect to the sentencings of Mr. Hansen, Mr. Baker, and Mr. Prasad (should he be convicted).

1   In addition, *United States v. Dhirendra Prasad,* Case No. 5:22-cr-00123-BLF, is also related to a civil matter currently pending in this District – *United States v. The real property located at 577 S. Tradition Street, Mountain House, CA; APN 254-160-340, et al.*, Case No. 5:21-cv-07461-NC. In that civil case, the government seeks to forfeit assets traced to Mr. Prasad's crimes, including several pieces of real property, and the funds contained in several financial accounts.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient, consistent determination of each action.

DATED: March 18, 2020

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney