Christopher J. Cannon (No. 88034)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
E-mail: chris@sugarmanandcannon.com

Attorney for Defendant
    DHIRENDRA PRASAD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| UNITED STATES OF AMERICA, | ) | Case No. 22-CR-00123-BLF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [proposed]** |
| v. | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **HEARING** |
| DHIRENDRA PRASAD, | ) | |
| Defendant. | ) | |

    Because the Parties are actively engaged in settlement negotiations that hopefully will lead to the resolution of this case and the related forfeiture case, it is hereby stipulated by and between counsel for the United States and counsel for the defendant DHIRENDRA PRASAD, that the status hearing presently set for July 12, 2022, is continued until August 9, 2022.

    The parties stipulate and agree that excluding time will allow for the effective preparation of counsel,  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that ends of justice served by excluding the time from July 12, 2022,

/

/

/

/

1

STIPULATION and PROPOSED ORDER CONTINUING STATUS HEARING

through August 9, 2022, from computation under the Speedy Trial Act outweighs the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A),(B)(iv).

IT IS SO STIPULATED.

DATED: July 8, 2022                                    _____/s/_____
                                                                            Michael Pitman
                                                                            Assistant United States Attorney

DATED: July 8, 2022                                    _____/s/_____
                                                                            Christopher J. Cannon
                                                                            Attorney for Dhirendra Prasad

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the status conference set in this matter for July 12, 2022, is continued to August 9, 2022.  The Court also finds that failing to exclude the time from July 12, 2022, through August 9, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from July 12, 2022, through August 9, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 12, 2022, through August 9, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATE:                                                              _____
                                                                            The Honorable Beth Labson Freeman
                                                                            United States District Judge

2