Christopher J. Cannon (No. 88034)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
E-mail: chris@sugarmanandcannon.com

Attorney for Defendant
     DHIRENDRA PRASAD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:22-cr-00123-BLF |
| Plaintiff, | **STIPULATION AND ORDER TO PERMIT DEFENDANT TO TRAVEL OUTSIDE DISTRICT** |
| v. | |
| DHIRENDRA PRASAD, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, DHIRENDRA PRASAD, that defendant's terms of release include permission to travel throughout the Eastern and Central Districts of California and the District of Nevada between the dates of November 18, 2022, and November 27, 2022.

IT IS SO STIPULATED.

DATED: November 1, 2022                    /s/
                                           Michael Pitman
                                           Assistant United States Attorney

1

STIPULATION AND ORDER TO PERMIT DEFEDANT TO TRAVEL OUTSIDE DISTRICT

| | |
|---|---|
| DATED: November 1, 2022 | /s/<br>Christopher. J. Cannon<br>Attorney for Dhirendra Prasad |
| SO ORDERED | |
| DATE: November 2, 2022 | *[signature: Susan van Keulen]*<br>The Honorable Susan van Keulen<br>United States Magistrate Judge |